**Phallon Leon HARRIS, Petitioner–
Appellant,**

v.

**Anthony HEDGPETH, Respondent–
Appellee.**

**No. 08–17745.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 23, 2010.

Phallon Leon Harris, Delano, CA, pro
se.

Brian G. Smiley, Supervising Deputy Attorney General, David Andrew Eldridge, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: ALARCÓN, LEAVY, and
GRABER, Circuit Judges.

MEMORANDUM **

California state prisoner Phallon Leon
Harris appeals pro se from the district
court's judgment dismissing his 28 U.S.C.
§ 2254 habeas petition as untimely. We
have jurisdiction under 28 U.S.C. § 2253,
and we affirm.

Harris contends that he is entitled to
statutory or equitable tolling because a
series of lockdowns impeded his access to
the prison law library. This contention
fails because Harris has not demonstrated
that an impediment or extraordinary circumstance prevented him from timely filing his habeas petition, or that he diligently pursued his rights. *See Ramirez v.
Yates*, 571 F.3d 993, 998 (9th Cir.2009); *see
also Bryant v. Schriro*, 499 F.3d 1056,
1060 (9th Cir.2007). Harris' contention
that he is entitled to an evidentiary hearing on the issue of tolling also fails. *See
Tapia v. Roe*, 189 F.3d 1052, 1058 (9th
Cir.1999).

We construe Harris' briefing of uncertified issues as a motion to expand the certificate of appealability. So construed, the
motion is denied. *See* 9th Cir. R. 22–1(e);
*see also Hiivala v. Wood*, 195 F.3d 1098,
1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

